IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:      REASSIGNMENT OF CIVIL CASES            Misc. No._____
_____/

## ADMINISTRATIVE ORDER

In order to create a pending civil case load for the Honorable Richard Smoak, the Clerk is hereby ORDERED to reassign the following civil cases from the Honorable Stephan P. Mickle to the Honorable Richard Smoak:

| | |
|---|---|
| 5:04cv175 | Dixon v. Department of Children and Family Services |
| 5:04cv245 | Smoliak v. Greyhound Lines Inc. |
| 5:05cv74 | Jones v. Bay County Solid Waste et al |
| 5:05cv102 | Zeeland Farm Services Inc. V. Wesselhoeft et al |
| 5:05cv107 | Baker v. Interim Health Care of Northwest Florida Inc. |
| 5:05cv125 | Garrett v. Country Market Food Stores/Grocery Outlet |
| 5:05cv169 | United States v. Durant |
| 5:05cv175 | Great American Insurance Co. of New York v. Miller Marine and Yacht Service Inc. |
| 5:05cv178 | Hearns v. Merck and Co. Inc. |
| 5:05cv182 | Lakeshore Holding, LLC v. Claredon National Insurance Co. |
| 5:05cv191 | Gravely et al v. Pioneer Housing, Inc. |
| 5:05cv192 | Anderson v. Edgewater Beach Resort Management, Inc. |
| 5:05cv207 | United Rentals Inc. V. Ricks et al |
| 5:05cv231 | United States of America v. Shacklette et al |

1

| | |
|---|---|
| 5:04cv164 | Anderson v. Solomon et al |
| 5:04cv234 | Howell v. Crosby |
| 5:04cv423 | Bailey v. Barnhart |
| 5:05cv47 | Crone v. Crosby |
| 5:05cv59 | Henderson v. State of Florida et al |
| 5:05cv95 | Sly v. Department of Corrections et al |
| 5:05cv112 | Aguilar v. Christ |
| 5:05cv141 | Mayo v. Tatum et al |
| 5:05cv154 | Jemison v. Cannaday et al |
| 5:05cv164 | Youree v. Molina et al |
| 5:05cv180 | Lowery v. Barron |
| 5:05cv212 | Tyson v. Bureau of Prisons |
| 5:05cv220 | Bernard v. Barron |

DONE AND ENTERED this 16th day of November, 2005.

s/Robert L. Hinkle
Chief United States District Judge