IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN E. JONES,

    Plaintiff,

v.                          CASE NO. 5:05-cv-00074-RS-AK

BAY COUNTY, STATE OF FLORIDA,
AND ITS AGENTS BAY COUNTY SOLID WASTE,
RICHARD HUNT, RANDY JOHNSON, AND
ALICE MARTIN,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 4, Plaintiff's Amended Complaint. By prior order, the Clerk was directed to forward to Plaintiff a non-prisoner § 1983 complaint. Plaintiff maintains that the Clerk sent him the wrong form, and thus, he has filed an amended complaint which is not on the proper form and which improperly incorporates allegations and exhibits from the original complaint. The Clerk will be redirected to forward to Plaintiff the proper § 1983 form for use by a non-prisoner. The Clerk will also be directed to forward to Plaintiff a Title VII form and the instructions for filing a Title VII complaint since Plaintiff continues to cite Title VII as a basis for relief. It certainly may be true that Plaintiff has a cause of action under Title VII, but the Court fails, at this stage, to discern the basis, as it previously explained in its prior order. *See* Doc. 3. Plaintiff may not simply "incorporate" matters from his prior pleadings.

Instead, he must complete the proper form, choosing one or the other, for filing a "Second Amended Complaint" and allege all grounds for relief and all pertinent facts in that one pleading without reference to either the complaint or the first amended complaint, as the second amended complaint will supplant all other pleadings, and this will be the only document which the Court reviews in determining whether service of the Second Amended Complaint is appropriate.

Accordingly, it is **ORDERED**:

That the Clerk shall forward to Plaintiff the instructions for filing a **non-prisoner** § 1983 complaint which include forms for filing the second amended complaint;

That the Clerk shall forward to Plaintiff the instructions for filing a Title VII complaint which include forms for filing the second amended complaint;

That Plaintiff shall have until **March 8, 2006**, to file a "Second Amended Complaint" which contains the information noted in the instructions provided by the Clerk and in compliance with this Order.  The Second Amended Complaint shall be on either the § 1983 form or the Title VII form.  If Plaintiff pursues any claims under Title VII, he shall attach a copy of the EEOC charge and the right to sue letter;

**That Failure to respond to this Order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this _8th_ day of February, 2006.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:05-cv-00074-RS-AK*