**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

GLENN E. JONES,

      Plaintiff,

vs.                                                            CASE NO. 5:05cv74/RS

BAY COUNTY SOLID WASTE;
RICHARD HUNT; RANDY JOHNSON;
and ALICE MARTIN,

      Defendants.

_____/

## ORDER

      Before the court is the Magistrate Judge's Report and Recommendation (Doc. 20) and Plaintiff's Objections To Report And Recommendation (Doc. 21). Plaintiff's Objections to Report And Recommendation has been reviewed *de novo*.

      **IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2.      Bay County Solid Waste is dismissed with prejudice as a party-defendant to this action.

3.      Defendants' Motion to Dismiss Second Amended Complaint is denied in all other respects.

4.      This action is remanded to the magistrate judge for entry of a scheduling

        order and other matters.


ORDERED on July 25, 2006.


                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**